COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

                                        NO.
2-06-305-CV

 

DEBRA
LYNN PATMORE                                                       APPELLANT

 

                                                   V.

 

WILLIAM
MARTIN PATMORE                                                   APPELLEE

                                                                                                        

                                               ----------

               FROM
THE 355TH DISTRICT COURT OF HOOD COUNTY

                                               ----------

                  MEMORANDUM
OPINION[1]
AND JUDGMENT

                                               ----------

We have considered appellant=s AMotion
To Dismiss Appeal.@ 
It is the court=s opinion that the motion should
be granted; therefore, we dismiss the appeal. 
See TEX. R. APP. P.
42.1(a)(1), 43.2(f).

 

PER CURIAM

 

PANEL D:  WALKER, J.; CAYCE, C.J.; and MCCOY, J. 

 

DELIVERED:   November 30, 2006











[1]See Tex. R. App. P. 47.4.